UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 23 2010
Clerk, U.S. District and
Bankruptcy Courts

Charles Anthony Woods,

Petitioner,

v.  Civil Action No. 10-0916

Amy Carlton *et al.*,

Respondents.

MEMORANDUM OPINION

Petitioner, a prisoner at the Federal Correctional Complex in Forrest City, Arkansas, has submitted a *pro se* petition for a writ of mandamus and an application to proceed *in forma pauperis*. The application will be granted and the petition will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner action upon a determination that the complaint, among other grounds, is frivolous or fails to state a claim upon which relief can be granted).

The extraordinary remedy of a writ of mandamus is available to compel an "officer or employee of the United States or any agency thereof to perform a duty owed to plaintiff." 28 U.S.C. § 1361. The petitioner bears a heavy burden of showing that his right to a writ of mandamus is "clear and indisputable." *In re Cheney*, 406 F.3d 723, 729 (D.C. Cir. 2005) (citation omitted). The purported petition consists of incoherent statements that fail to provide a basis for any type of relief. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: June 23rd, 2010